# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No.  15-10575-TPA |
| **Jason M. Mullins** | ) | Chapter  13 |
| **Danielle R. Mullins, fka** | ) | Document No. ____ |
| **Danielle R.  Lewsader** | ) | |
|     **Debtor** | ) | Motion No. ☐ WO-2 |
| **Danielle R. Mullins, fka** | ) | |
| **Danielle R.  Lewsader** | ) | |
|     **Movant** | ) | |
| V | ) | |
| **St. Barnabas Nursing Home, Inc.** | ) | |
|     **Respondent** | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S AMENDED WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **August 16, 2016.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
**a**. Danielle R. Mullins, 106 State Route 300, Kennerdell, PA 16374
**b.** St. Barnabas Nursing Home, Inc., Attn: Payroll Manager, 5827 Meridian Road, Gibsonia, PA 15044

Executed on: **August 16, 2016.**         **/s/Bryan P. Keenan**
                                            Bryan  P. Keenan, PA ID No. 89053
                                            Bryan  P. Keenan  & Associates P.C.
                                            Attorney for Debtor
                                            993 Greentree Road, Suite 101
                                            Pittsburgh, PA 15220
                                            (412) 922-5116
                                            keenan662@gmail.com