FILED
10/31/16 12:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

LOCAL BANKRUPTCY FORM NO. 26
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 15-10575-TPA |
| Jason M. Mullins ) | Chapter 13 |
| Danielle R. Mullins, fka ) | Document No. 62 |
| Danielle R. Lewsader ) | |
| Debtor ) | Motion No. ☐ WO-2 |
| Danielle R. Mullins, fka ) | |
| Danielle R. Lewsader ) | |
| Movant ) | |
| v ) | |
| St. Barnabas Nursing Home, Inc. ) | |
| Respondent ) | |

### ORDER TO TERMINATE WAGE ATTACHMENT

AND NOW, **to-wit,** this __31st__ day of __October__, 2016 on motion of the Debtor/Movant, it is hereby **ORDERED, ADJUDGED AND DECREED** that the debtor is no longer employed by Respondent and, therefore,

St. Barnabas Nursing Home, Inc.
Attn: Payroll Manager
5827 Meridian Road
Gibsonia, PA 15044

is hereby ordered to immediately terminate the wage attachment of the wages of social security number, xxx-xx- 9684 No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of the debtor, Danielle Mullins.

_____
Honorable Thomas P. Agresti    jlm
United States Bankruptcy Judge

cm: Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-10575-TPA
Jason M. Mullins                                                          Chapter 13
Danielle R. Mullins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: gamr              Page 1 of 1              Date Rcvd: Oct 31, 2016
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2016.
db/jdb          +Jason M. Mullins,   Danielle R. Mullins,   106 State Route 3005,   Kennerdell, PA 16374-1522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016                                  Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Bryan P. Keenan    on behalf of Debtor Jason M. Mullins keenan662@gmail.com, melindap662@gmail.com
          Bryan P. Keenan    on behalf of Joint Debtor Danielle R. Mullins keenan662@gmail.com,
           melindap662@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5