**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No.  15-10575-TPA** |
| **Jason M. Mullins** | ) | **Chapter  13** |
| **Danielle R. Mullins, fka Danielle R. Lewsader** | ) | **Doc No.  __** |
| **Debtor** | ) | **Response Due: 6/16/2017** |
| **Bryan Keenan, Esquire** | ) | **Hearing date: 7/19/2017** |
| **APPLICANT** | ) | **at 11:00 a.m.** |
| **vs.** | ) | |
| **No Respondent(s)** | ) | |

**CERTIFICATION OF NO OBJECTION ON
APPLICATION OF BRYAN P. KEENAN, ESQUIRE FOR
INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS COUNSEL FOR THE DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on **May 28, 2017** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **June 16, 2017.**

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

**Executed on: June 20, 2017**                **/s/ Bryan P. Keenan**
                                              **Bryan  P. Keenan, PA ID No. 89053**
                                              **Bryan  P. Keenan  & Associates P.C.**
                                              **Attorney for Debtor**
                                              **993 Greentree Road, Suite 101**
                                              **Pittsburgh, PA 15220**
                                              **(412) 922-5116**
                                              **keenan662@gmail.com**