FILED
6/21/17 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-10575-TPA |
| **Jason M. Mullins** | ) | Chapter 13 |
| **Danielle R. Mullins, fka Danielle R. Lewsader** | ) | Doc No. 79 |
| Debtor | ) | Response Due: 6/16/2017 |
| **Bryan Keenan, Esquire** | ) | Hearing date: 7/19/2017 |
| APPLICANT | ) | at 11:00 a.m. |
| vs. | ) | |
| No Respondent(s) | ) | |

## ORDER OF COURT

AND NOW, to-wit, this __21st__ day of __June__, 2017, upon consideration of the Application of Bryan Keenan, Esquire for Interim Compensation and Reimbursement of Expenses as Counsel for the Debtors, it is hereby ORDERED that fees and expenses be approved for their services rendered and expenses incurred from for the period from May 13, 2015 through May 30, 2017 in the total amount of $5,564.18 which represents $5,040.50 in attorney fees and $523.68 in costs.

Counsel for the debtor has previously received $4,500.00 which represents $4,000.00 for fees and $500.00 for expenses incurred, which shall be deducted form the total approved fees and costs.

**IT IS FURTHER ORDERED** that the remaining balance of $1,064.18 shall be paid by the Chapter 13 Trustee.

_____ jlm
Honorable Thomas P. Agresti
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:   
Jason M. Mullins  
Danielle R. Mullins  
    Debtors

Case No. 15-10575-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: gamr     Page 1 of 1     Date Rcvd: Jun 21, 2017  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2017.  
db/jdb        +Jason M. Mullins,    Danielle R. Mullins,    106 State Route 3005,    Kennerdell, PA 16374-1522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2017 at the address(es) listed below:  
       Andrew F Gornall     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
        agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Bryan P. Keenan     on behalf of Debtor Jason M. Mullins keenan662@gmail.com, melindap662@gmail.com  
       Bryan P. Keenan     on behalf of Joint Debtor Danielle R. Mullins keenan662@gmail.com, melindap662@gmail.com  
       James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                     TOTAL: 6