# IN UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 15-10575-TPA** |
| **Jason M. Mullins** | ) | **Chapter 13** |
| **Danielle R. Mullins, fka** | ) | **Document No. ____** |
| **Danielle R. Lewsader** | ) | |
|     **Debtor** | ) | **Motion No. ☐ WO-2** |
| **Danielle R. Mullins, fka** | ) | |
| **Danielle R. Lewsader** | ) | |
|     **Movant** | ) | |
| **v** | ) | |
| **UPMC Tri Rivers Orthopedic** | ) | |
|     **Respondent** | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S AMENDED WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 10, 2018.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
**a**. Danielle R. Mullins, 106 State Route 300, Kennerdell, PA 16374
**b.** UPMC Tri-Rivers Orthopedic, 600 Grant Street, 456, Pittsburgh, PA 15219

Executed on: **January 10, 2018**          **/s/Bryan P. Keenan**
                                                                          Bryan P. Keenan, PA ID No. 89053
                                                                          Bryan P. Keenan & Associates P.C.
                                                                          Attorney for Debtor
                                                                          993 Greentree Road, Suite 101
                                                                          Pittsburgh, PA 15220
                                                                          (412) 922-5116
                                                                          keenan662@gmail.com