**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/19/2020

IN RE:

JASON M. MULLINS
DANIELLE R. MULLINS
106 STATE ROUTE 3005
KENNERDELL, PA  16374
XXX-XX-0978          Debtor(s)

XXX-XX-9684

Case No.15-10575 TPA

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/19/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:7 | ACCOUNT NO.: 6183 |
| | CLAIM: 234.16 | |
| NORFOLK, VA  23541 | COMMENT: DICKS SPORTING GOODS-SYNCHRONY BANK | |
| | | |
| **CLINTONVILLE SEWER AND WATER AUTHORIT** | Trustee Claim Number:2   INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| POB 292 | Court Claim Number: | ACCOUNT NO.: 333: 14 |
| | CLAIM: 265.82 | |
| CLINTINVILLE, PA  16372 | COMMENT: $@10%/PL | |
| | | |
| **PERITUS PORTFOLIO SERVICES II LLC** | Trustee Claim Number:3   INT %: 6.99% | CRED DESC: VEHICLE |
| PO BOX 141419 | Court Claim Number:3 | ACCOUNT NO.: 8245 |
| | CLAIM: 18,579.66 | |
| IRVING, TX  75014-1419 | COMMENT: CL3GOVS*18355.08@6.99%MDF/PL*FR 1ST NATL BANK OF PA-DOC 76 | |
| | | |
| **PNC BANK NA** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O PNC MORTGAGE | Court Claim Number:6 | ACCOUNT NO.: 9136 |
| ATTN BANKRUPTCY DEPT | | |
| 3232 NEWMARK DR | CLAIM: 0.00 | |
| MIAMISBURG, OH  45342 | COMMENT: PMT/AMD PL*DKT4PMT*1ST*BGN 6/15 | |
| | | |
| **ROUTE EIGHT AUTO SALES** | Trustee Claim Number:5   INT %: 21.00% | CRED DESC: VEHICLE |
| 684 N SENECA ST | Court Claim Number: | ACCOUNT NO.: 8147 |
| | CLAIM: 5,007.00 | |
| OIL CITY, PA  16301 | COMMENT: $@21%MDF/PL | |
| | | |
| **ECMC(*)** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:2 | ACCOUNT NO.: 9684 |
| PO BOX 16478 | | |
| | CLAIM: 10,256.46 | |
| ST PAUL, MN  55116-0478 | COMMENT: PD/PRIOR PL*WATCH % ADJ!*FR PHEAA-DOC 72 | |
| | | |
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:5 | ACCOUNT NO.: 1458 |
| | CLAIM: 1,623.62 | |
| NORFOLK, VA  23541 | COMMENT: BEST BUY/CITIBANK | |
| | | |
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 2002 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE  19850 | COMMENT: NT ADR/SCH | |
| | | |
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.: 4102 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE  19850 | COMMENT: | |
| | | |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN** | Trustee Claim Number:10   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:8 | ACCOUNT NO.: 7417 |
| | CLAIM: 2,094.77 | |
| KIRKLAND, WA  98083-0788 | COMMENT: FR CITIBANK-DOC 58 | |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2410 | CLAIM: 1,064.89<br>COMMENT: DENTAL FIRST |
| **DENTAL FIRST FINANCING**<br>PO BOX 659622<br>SAN ANTONIO, TX 78265 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2410,1430 | CLAIM: 0.00<br>COMMENT: |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3928 | CLAIM: 4,555.92<br>COMMENT: |
| **FARMERS NATIONAL BANK**<br>612 MAIN ST<br>PO DRAWER D<br>EMLENTON, PA 16373 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0413 | CLAIM: 0.00<br>COMMENT: |
| **GROVE CITY AREA FCU**<br>1 CREDIT UNION WAY<br>GROVE CITY, PA 16127 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4401 | CLAIM: 0.00<br>COMMENT: |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2861 | CLAIM: 218.32<br>COMMENT: SEARS GOLD MC-CITIBANK |
| **TRANSWORLD SYSTEMS++**<br>2235 MERCURY WAY<br>STE 275<br>SANTA ROSA, CA 95407 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4590 | CLAIM: 0.00<br>COMMENT: NT ADR~UNIVERSITY OF PGH PHYSCNS/SCH |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA 17032 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7601 | CLAIM: 0.00<br>COMMENT: EAST/SCH |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA 17032 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4254 | CLAIM: 0.00<br>COMMENT: MAGEE/SCH |
| **PNC BANK NA**<br>C/O PNC MORTGAGE<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9136 | CLAIM: 758.95<br>COMMENT: $CL-PL*THRU 5/15 |