Form 300b

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Jason M. Mullins** : | Case No. 15−10575−TPA |
| **Danielle R. Mullins** : | Chapter: 13 |
| **fka Danielle R. Lewsader** : | |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | Related to Document No. 118 |
| : | |
| v. : | Hearing Date: 10/14/20 at 12:00 PM |
| **No Respondents** : | |
| *Respondent(s).* : | |
| : | |

### ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION

   *AND NOW,* this *The 31st of July, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 118 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1) **On or before September 14, 2020**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2) This *Motion* is scheduled for hearing on *October 14, 2020 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-10575-TPA
Jason M. Mullins                                                      Chapter 13
Danielle R. Mullins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar            Page 1 of 2          Date Rcvd: Jul 31, 2020
                              Form ID: 300b         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
```
db/jdb         +Jason M. Mullins,    Danielle R. Mullins,    106 State Route 3005,    Kennerdell, PA 16374-1522
14050882       +Aes/pheaafrn,    Pob 61047,    Harrisburg, PA 17106-1047
14050883       +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
14113701       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14050886       +Citibank/The Home Depot,    Po Box 790345,    Saint Louis, MO 63179-0345
14050888       +Clintonville Sewer & Water Auth. 2013,    PO Box 292,    Clintonville, PA 16372-0292
14050890        Dale Woodard Gent law Firm,    Re: Clintonville Sewer & Water Authority,
                 c/o Joseph H. Keebler, Jr.,    1030 Liberty Street,    Franklin, PA 16323-1298
14336147        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14050893        Farmers Natl Bk Emlent,    Emlenton,    Emlenton, PA 16373
14050894       +First National Bank,    4140 E State Street,    Hermitage, PA 16148-3401
14063855       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14104926       +PNC BANK, NATIONAL ASSOCIATION,    Att: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14050897       +PNC Bank,    PO Box 5243,    MS#BR-YB-58-010-08,    Cleveland, OH 44101-0243
14050898       +Route 8 Auto Sales,    684 Seneca Street,    Oil City, PA 16301-5658
14050899       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
14050900        Syncb/dicks,    P.o. Box 965003,    Adel, IA 50003
14050901       +Transworld Systems Inc,    University Of Pittsburgh Phys.,    5 Penn Center West Ste 100,
                 Pittsburgh, PA 15276-0126
14050903        UPMC East,    PO Box 382059,    Pittsburgh, PA 15250-8059
14050904       +UPMC Magee,    PO Box 382059,    Pittsburgh, PA 15250-0001
14050905       +UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980
14050902       +University Of Pittsburgh Phys.,    200 Lothrop Street,    Pittsburgh, PA 15213-2582
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2020 09:50:49
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14050887       +E-mail/Text: mediamanagers@clientservices.com Aug 01 2020 04:27:16     Client Services, Inc.,
                 Re: Chase Bank USA Inc.,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-4047
14050889       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2020 04:27:41     Comenitycb/dentalfirst,
                 Po Box 182120,    Columbus, OH 43218-2120
14050891       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2020 04:27:41     Dental First Financing,
                 PO Box 659622,    San Antonio, TX 78265-9622
14056901        E-mail/Text: mrdiscen@discover.com Aug 01 2020 04:27:22     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14050892       +E-mail/Text: mrdiscen@discover.com Aug 01 2020 04:27:22     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14050895       +E-mail/Text: bankruptcy@affglo.com Aug 01 2020 04:28:20     Global Creid & Collection Corp.,
                 Re: Synchrony Bank,    5440 N. Cumberland, Suite 300,    Chicago, IL 60656-1486
14050896       +E-mail/Text: info@gcafcu.org Aug 01 2020 04:27:26     Grove City Area Fcu,    1 Credit Union Way,
                 Grove City, PA 16127-1897
14050884        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:35:35      Chase Card,
                 201 N. Walnut St//De1-1027,    Wilmington, DE 19801
14050885        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:35:35      Chase Card,
                 PO Box 15298,    Wilmington, DE 19850
14381451        E-mail/Text: peritus@ebn.phinsolutions.com Aug 01 2020 04:29:05
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
14102854        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14075508        E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2020 04:27:51
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14293695        E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2020 04:27:51
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14055831        E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2020 09:50:49
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 15
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
cr*             ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
cr*             PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    IRVING, TX  75014-1419
cr*             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1           User: jmar              Page 2 of 2             Date Rcvd: Jul 31, 2020
                               Form ID: 300b           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          Bryan P. Keenan    on behalf of Debtor Jason M. Mullins keenan662@gmail.com,  melindap662@gmail.com
          Bryan P. Keenan    on behalf of Joint Debtor Danielle R. Mullins keenan662@gmail.com,
           melindap662@gmail.com
          James   Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```