**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JASON M. MULLINS<br>DANIELLE R. MULLINS<br>   Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>    Movant<br>   vs.<br>No Respondents. | Case No.:15-10575 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

 **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 29, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/23/2015 and confirmed on 7/9/15. The case was subsequently  Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 90,751.39 |
| Less Refunds to Debtor | 755.20 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,996.19 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,604.78 | |
|    Trustee Fee | 3,865.42 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,470.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 38,852.88 | 0.00 | 38,852.88 |
|     Acct: 9136 | | | | |
|   PNC BANK NA | 758.95 | 758.95 | 0.00 | 758.95 |
|     Acct: 9136 | | | | |
|   CLINTONVILLE SEWER AND WATER AUT| 265.82 | 265.82 | 63.56 | 329.38 |
|     Acct: XXX: 14 | | | | |
|   PERITUS PORTFOLIO SERVICES II LLC | 18,579.66 | 18,579.66 | 3,183.16 | 21,762.82 |
|     Acct: 8245 | | | | |
|   ROUTE EIGHT AUTO SALES | 5,007.00 | 5,007.00 | 1,118.28 | 6,125.28 |
|     Acct: 8147 | | | | |
| | | | | 67,829.31 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON M. MULLINS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON M. MULLINS | 242.00 | 242.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON M. MULLINS | 513.20 | 513.20 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN ESQ | 1,064.18 | 1,064.18 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-17 | | | | |
|   BRYAN P KEENAN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRYAN P KEENAN ESQ | 1,040.60 | 1,040.60 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX6-19 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 234.16 | 148.30 | 0.00 | 148.30 |
|     Acct: 6183 | | | | |
|   ECMC(*) | 10,256.46 | 6,495.51 | 0.00 | 6,495.51 |

15-10575 TPA                                                                                                    Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9684 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,623.62 | 1,028.25 | 0.00 | 1,028.25 |
| | Acct: 1458 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2002 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4102 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA F( | 2,094.77 | 1,326.64 | 0.00 | 1,326.64 |
| | Acct: 7417 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 1,064.89 | 674.41 | 0.00 | 674.41 |
| | Acct: 2410 | | | | |
| | DENTAL FIRST FINANCING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX1430 | | | | |
| | DISCOVER BANK(*) | 4,555.92 | 2,885.31 | 0.00 | 2,885.31 |
| | Acct: 3928 | | | | |
| | FARMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0413 | | | | |
| | GROVE CITY AREA FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4401 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - / | 218.32 | 138.26 | 0.00 | 138.26 |
| | Acct: 2861 | | | | |
| | TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4590 | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7601 | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4254 | | | | |
| | | | | | 12,696.68 |

TOTAL PAID TO CREDITORS                                                                                        80,525.99

TOTAL CLAIMED
PRIORITY              0.00
SECURED          24,611.43
UNSECURED        20,048.14

Date: 07/29/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JASON M. MULLINS
    DANIELLE R. MULLINS
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-10575 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-10575-TPA
Jason M. Mullins                                                            Chapter 13
Danielle R. Mullins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2            Date Rcvd: Jul 31, 2020
                              Form ID: pdf900         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
```
db/jdb         +Jason M. Mullins,    Danielle R. Mullins,   106 State Route 3005,    Kennerdell, PA 16374-1522
14050882       +Aes/pheaafrn,    Pob 61047,    Harrisburg, PA 17106-1047
14050883       +Best Buy Credit Services,    PO Box 790441,   Saint Louis, MO 63179-0441
14113701       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14050886       +Citibank/The Home Depot,    Po Box 790345,   Saint Louis, MO 63179-0345
14050888       +Clintonville Sewer & Water Auth. 2013,    PO Box 292,   Clintonville, PA 16372-0292
14050890        Dale Woodard Gent law Firm,    Re: Clintonville Sewer & Water Authority,
                 c/o Joseph H. Keebler, Jr.,    1030 Liberty Street,    Franklin, PA 16323-1298
14336147        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14050893        Farmers Natl Bk Emlent,    Emlenton,   Emlenton, PA 16373
14050894       +First National Bank,    4140 E State Street,   Hermitage, PA 16148-3401
14063855       +PHEAA,    PO Box 8147,   Harrisburg, PA 17105-8147
14104926       +PNC BANK, NATIONAL ASSOCIATION,    Att: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14050897       +PNC Bank,    PO Box 5243,   MS#BR-YB-58-010-08,    Cleveland, OH 44101-0243
14050898       +Route 8 Auto Sales,    684 Seneca Street,   Oil City, PA 16301-5658
14050899       +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
14050900        Syncb/dicks,    P.o. Box 965003,   Adel, IA 50003
14050901       +Transworld Systems Inc,    University Of Pittsburgh Phys.,   5 Penn Center West Ste 100,
                 Pittsburgh, PA 15276-0126
14050903        UPMC East,   PO Box 382059,    Pittsburgh, PA 15250-8059
14050904       +UPMC Magee,    PO Box 382059,   Pittsburgh, PA 15250-0001
14050905       +UPMC Physician Services,    PO Box 371980,   Pittsburgh, PA 15250-7980
14050902       +University Of Pittsburgh Phys.,    200 Lothrop Street,   Pittsburgh, PA 15213-2582
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2020 09:50:49
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
14050887       +E-mail/Text: mediamanagers@clientservices.com Aug 01 2020 04:27:16     Client Services, Inc.,
                 Re: Chase Bank USA Inc.,   3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-4047
14050889       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2020 04:27:45     Comenitycb/dentalfirst,
                 Po Box 182120,   Columbus, OH 43218-2120
14050891       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 01 2020 04:27:46     Dental First Financing,
                 PO box 659622,   San Antonio, TX 78265-9622
14056901        E-mail/Text: mrdiscen@discover.com Aug 01 2020 04:27:22     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14050892       +E-mail/Text: mrdiscen@discover.com Aug 01 2020 04:27:22     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
14050895       +E-mail/Text: bankruptcy@affglo.com Aug 01 2020 04:28:20     Global Creid & Collection Corp.,
                 Re: Synchrony Bank,   5440 N. Cumberland, Suite 300,    Chicago, IL 60656-1486
14050896       +E-mail/Text: info@gcafcu.org Aug 01 2020 04:27:26     Grove City Area Fcu,   1 Credit Union Way,
                 Grove City, PA 16127-1897
14050884        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:35:37     Chase Card,
                 201 N. Walnut St//De1-1027,   Wilmington, DE 19801
14050885        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 01 2020 04:35:37     Chase Card,
                 PO Box 15298,   Wilmington, DE 19850
14381451        E-mail/Text: peritus@ebn.phinsolutions.com Aug 01 2020 04:29:05
                 PERITUS PORTFOLIO SERVICES II, LLC,   PO BOX 141419,   Irving, Tx 75014-1419
14102854        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2020 09:30:04
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14075508        E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2020 04:27:54
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
14293695        E-mail/Text: bnc-quantum@quantum3group.com Aug 01 2020 04:27:54
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
14055831        E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2020 09:50:49
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
cr*             ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
cr*             PERITUS PORTFOLIO SERVICES II, LLC,   PO BOX 141419,   IRVING, TX  75014-1419
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                 TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1          User: jmar              Page 2 of 2            Date Rcvd: Jul 31, 2020
                              Form ID: pdf900         Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Bryan P. Keenan    on behalf of Debtor Jason M. Mullins keenan662@gmail.com,  melindap662@gmail.com
              Bryan P. Keenan    on behalf of Joint Debtor Danielle R. Mullins keenan662@gmail.com,
               melindap662@gmail.com
              James    Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 6
```