| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jason M. Mullins** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–0978** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Danielle R. Mullins** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–9684** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–10575–TPA** | |

# Order of Discharge                                                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason M. Mullins                                       Danielle R. Mullins
                                                       fka Danielle R. Lewsader

10/7/20                                                **By the court:**    <u>Thomas P. Agresti</u>
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                 Case No. 15-10575-TPA

Jason M. Mullins                                                                                      Chapter 13

Danielle R. Mullins

       Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1                                                   User: nsha                                                           Page 1 of 3

Date Rcvd: Oct 07, 2020                                        Form ID: 3180W                                         Total Noticed: 38

The following symbols are used throughout this certificate:

**Symbol         Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason M. Mullins, Danielle R. Mullins, 106 State Route 3005, Kennerdell, PA 16374-1522 |
| 14050882 | + | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 14050888 | + | Clintonville Sewer & Water Auth. 2013, PO Box 292, Clintonville, PA 16372-0292 |
| 14050890 | | Dale Woodard Gent law Firm, Re: Clintonville Sewer & Water Authority, c/o Joseph H. Keebler, Jr., 1030 Liberty Street, Franklin, PA 16323-1298 |
| 14050893 | | Farmers Natl Bk Emlent, Emlenton, Emlenton, PA 16373 |
| 14050894 | + | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 14063855 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14104926 | + | PNC BANK, NATIONAL ASSOCIATION, Att: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14050897 | + | PNC Bank, PO Box 5243, MS#BR-YB-58-010-08, Cleveland, OH 44101-0243 |
| 14050898 | + | Route 8 Auto Sales, 684 Seneca Street, Oil City, PA 16301-5658 |
| 14050900 | | Syncb/dicks, P.o. Box 965003, Adel, IA 50003 |
| 14050901 | + | Transworld Systems Inc, University Of Pittsburgh Phys., 5 Penn Center West Ste 100, Pittsburgh, PA 15276-0126 |
| 14050903 | | UPMC East, PO Box 382059, Pittsburgh, PA 15250-8059 |
| 14050904 | + | UPMC Magee, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14050905 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14050902 | + | University Of Pittsburgh Phys., 200 Lothrop Street, Pittsburgh, PA 15213-2582 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 01:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 01:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: RECOVERYCORP.COM | Oct 08 2020 04:48:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14050883 | + | EDI: CITICORP.COM | Oct 08 2020 04:48:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14113701 | + | EDI: CITICORP.COM | Oct 08 2020 04:48:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14050886 | + | EDI: CITICORP.COM | Oct 08 2020 04:48:00 | Citibank/The Home Depot, Po Box 790345, Saint Louis, MO 63179-0345 |
| 14050887 | + | Email/Text: mediamanagers@clientservices.com | Oct 08 2020 01:47:00 | Client Services, Inc., Re: Chase Bank USA Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-4047 |
| 14050889 | + | EDI: WFNNB.COM | Oct 08 2020 04:48:00 | Comenitycb/dentalfirst, Po Box 182120, Columbus, OH 43218-2120 |

| District/off: 0315-1 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 3180W | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| 14050891 | + | EDI: WFNNB.COM | Oct 08 2020 04:48:00 | Dental First Financing, PO box 659622, San Antonio, TX 78265-9622 |
| 14056901 | | EDI: DISCOVER.COM | Oct 08 2020 04:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14050892 | + | EDI: DISCOVER.COM | Oct 08 2020 04:48:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14336147 | | EDI: ECMC.COM | Oct 08 2020 04:48:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14050895 | + | Email/Text: bankruptcy@affglo.com | Oct 08 2020 01:49:00 | Global Creid & Collection Corp., Re: Synchrony Bank, 5440 N. Cumberland, Suite 300, Chicago, IL 60656-1486 |
| 14050896 | + | Email/Text: info@gcafcu.org | Oct 08 2020 01:48:00 | Grove City Area Fcu, 1 Credit Union Way, Grove City, PA 16127-1897 |
| 14050884 | | EDI: JPMORGANCHASE | Oct 08 2020 04:48:00 | Chase Card, 201 N. Walnut St//De1-1027, Wilmington, DE 19801 |
| 14050885 | | EDI: JPMORGANCHASE | Oct 08 2020 04:48:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14381451 | | Email/Text: peritus@ebn.phinsolutions.com | Oct 08 2020 01:50:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14102854 | | EDI: PRA.COM | Oct 08 2020 04:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14293695 | | EDI: Q3G.COM | Oct 08 2020 04:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14075508 | | EDI: Q3G.COM | Oct 08 2020 04:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14055831 | | EDI: RECOVERYCORP.COM | Oct 08 2020 04:48:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14050899 | + | EDI: CITICORP.COM | Oct 08 2020 04:48:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| jdb | *+ | Danielle R. Mullins, 106 State Route 3005, Kennerdell, PA 16374-1522 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

| District/off: 0315-1 | User: nsha | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 3180W | Total Noticed: 38 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name**    **Email Address**

Andrew F Gornall
 on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION andygornall@latouflawfirm.com

Brian Nicholas
 on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Bryan P. Keenan
 on behalf of Debtor Jason M. Mullins keenan662@gmail.com  melindap662@gmail.com

Bryan P. Keenan
 on behalf of Joint Debtor Danielle R. Mullins keenan662@gmail.com  melindap662@gmail.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 6