**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/7/20 1:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JASON M. MULLINS
DANIELLE R. MULLINS
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 15-10575 TPA

Chapter 13

Document No.: 118

ORDER OF COURT

AND NOW, this ___7th___ day of ___October___, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:
_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 15-10575-TPA
Jason M. Mullins   Chapter 13
Danielle R. Mullins
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1   User: nsha   Page 1 of 3
Date Rcvd: Oct 07, 2020   Form ID: pdf900   Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason M. Mullins, Danielle R. Mullins, 106 State Route 3005, Kennerdell, PA 16374-1522 |
| 14050882 | + | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 14050883 | + | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14113701 | + | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14050886 | + | Citibank/The Home Depot, Po Box 790345, Saint Louis, MO 63179-0345 |
| 14050888 | + | Clintonville Sewer & Water Auth. 2013, PO Box 292, Clintonville, PA 16372-0292 |
| 14050890 | | Dale Woodard Gent law Firm, Re: Clintonville Sewer & Water Authority, c/o Joseph H. Keebler, Jr., 1030 Liberty Street, Franklin, PA 16323-1298 |
| 14336147 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14050893 | | Farmers Natl Bk Emlent, Emlenton, Emlenton, PA 16373 |
| 14050894 | + | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 14063855 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14104926 | + | PNC BANK, NATIONAL ASSOCIATION, Att: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14050897 | + | PNC Bank, PO Box 5243, MS#BR-YB-58-010-08, Cleveland, OH 44101-0243 |
| 14050898 | + | Route 8 Auto Sales, 684 Seneca Street, Oil City, PA 16301-5658 |
| 14050899 | + | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14050900 | | Syncb/dicks, P.o. Box 965003, Adel, IA 50003 |
| 14050901 | + | Transworld Systems Inc, University Of Pittsburgh Phys., 5 Penn Center West Ste 100, Pittsburgh, PA 15276-0126 |
| 14050903 | | UPMC East, PO Box 382059, Pittsburgh, PA 15250-8059 |
| 14050904 | + | UPMC Magee, PO Box 382059, Pittsburgh, PA 15250-0001 |
| 14050905 | + | UPMC Physician Services, PO Box 371980, Pittsburgh, PA 15250-7980 |
| 14050902 | + | University Of Pittsburgh Phys., 200 Lothrop Street, Pittsburgh, PA 15213-2582 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 08 2020 02:51:28 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14050887 | + | Email/Text: mediamanagers@clientservices.com | Oct 08 2020 01:47:00 | Client Services, Inc., Re: Chase Bank USA Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-4047 |
| 14050889 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2020 01:48:00 | Comenitycb/dentalfirst, Po Box 182120, Columbus, OH 43218-2120 |
| 14050891 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2020 01:48:00 | Dental First Financing, PO box 659622, San Antonio, TX 78265-9622 |
| 14056901 | | Email/Text: mrdiscen@discover.com | Oct 08 2020 01:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14050892 | + | Email/Text: mrdiscen@discover.com | Oct 08 2020 01:47:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14050895 | + | Email/Text: bankruptcy@affglo.com | Oct 08 2020 01:49:00 | Global Creid & Collection Corp., Re: Synchrony Bank, 5440 N. Cumberland, Suite 300, Chicago, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | IL 60656-1486 |
| 14050896 | + | Email/Text: info@gcafcu.org | Oct 08 2020 01:48:00 | Grove City Area Fcu, 1 Credit Union Way, Grove City, PA 16127-1897 |
| 14050884 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 08 2020 02:50:06 | Chase Card, 201 N. Walnut St//De1-1027, Wilmington, DE 19801 |
| 14050885 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 08 2020 02:51:26 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14381451 | | Email/Text: peritus@ebn.phinsolutions.com | Oct 08 2020 01:50:00 | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14102854 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2020 02:48:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14293695 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2020 01:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14075508 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2020 01:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14055831 | | Email/PDF: rmscedi@recoverycorp.com | Oct 08 2020 02:51:28 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | PERITUS PORTFOLIO SERVICES II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| jdb | *+ | Danielle R. Mullins, 106 State Route 3005, Kennerdell, PA 16374-1522 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION andygornall@latouflawfirm.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 3 of 3 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 36 |

Brian Nicholas
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Bryan P. Keenan
    on behalf of Debtor Jason M. Mullins keenan662@gmail.com  melindap662@gmail.com

Bryan P. Keenan
    on behalf of Joint Debtor Danielle R. Mullins keenan662@gmail.com  melindap662@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6