**Form 129**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jason M. Mullins**
**Danielle R. Mullins**
**fka Danielle R. Lewsader**
    Debtor(s)

Bankruptcy Case No.: 15−10575−TPA

Chapter: 13

## <u>FINAL DECREE</u>

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

      Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: October 13, 2020

<u>Thomas P. Agresti</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 15-10575-TPA

Jason M. Mullins                                                                    Chapter 13

Danielle R. Mullins

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1                                    User: nsha                                            Page 1 of 2

Date Rcvd: Oct 13, 2020                          Form ID: 129                                    Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason M. Mullins, Danielle R. Mullins, 106 State Route 3005, Kennerdell, PA 16374-1522 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Danielle R. Mullins, 106 State Route 3005, Kennerdell, PA 16374-1522 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020                          Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Jason M. Mullins keenan662@gmail.com  melindap662@gmail.com |
| Bryan P. Keenan | on behalf of Joint Debtor Danielle R. Mullins keenan662@gmail.com  melindap662@gmail.com |

Office of the United States Trustee
                         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                         cmecf@chapter13trusteewdpa.com


TOTAL: 6